IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. GEORGE and JENNIFER H. GEORGE,<br><br>            Plaintiffs,<br><br>     v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>            Defendant. | 2:06-cv-0674-GEB-EFB<br><br>ORDER |

The proposed order the parties filed on March 2, 2007, will not be signed because the partes' proposed changes to the scheduling order are not practicable.

Dated:  March 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge