IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. GEORGE and JENNIFER H. GEORGE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendant. | 2:06-cv-0674-GEB-EFB<br><br><br>ORDER |

On August 13, 2007, the parties filed a Notice of Settlement notifying the Court "that the above-captioned action has been settled in full" and that "[t]he parties anticipate finalizing the settlement documentation within twenty-one (21) days and will file the Stipulation for Dismissal, with prejudice, immediately thereafter." Therefore, a dispositional document shall be filed no later than September 4, 2007. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure

1

to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

   IT IS SO ORDERED.

Dated: August 14, 2007

              _____
               GARLAND E. BURRELL, JR.
               United States District Judge